UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America


                    v.                          Criminal No. 11-cr-62-01-JL


Kevin Sigurbjartsson


                              O R D E R


        The assented to motion to reschedule jury trial (document no. 15) filed by defendant is

granted; continuance is limited to 30 days.  No further continuances will be granted without good

cause established with specificity.   Final Pretrial is rescheduled to October 18, 2011 at 11:30 AM;

Trial is continued to the two-week period beginning November 1, 2011, 9:30 AM.

        Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the

ends of justice served by granting a continuance outweigh the best interest of the public and the

defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

        SO ORDERED.

                                        _____
                                        Joseph N. Laplante
                                        United States District Judge


Date:  September 19, 2011

cc:     Jonathan Saxe, Esq.
        Seth Aframe, Esq.
        U.S. Marshal
        U.S. Probation